IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **In re:** | ) Chapter 7 |
| | ) |
| ROBERT G. SIEVEWRIGHT, II | ) 03 B 50008 |
| | ) |
| Debtor(s). | ) Honorable John D. Schwartz |

### ORDER AND NOTICE

**IT IS ORDERED AND NOTICE IS HEREBY GIVEN** that on the Court's Own Motion, a status hearing will be held in the above referenced case on October 23, 2007 at 10:00 a.m. in Courtroom 719, 219 South Dearborn Street, Chicago, Illinois. Catherine L. Steege, ESQ, Trustee, is directed to appear and inform the Court as to when she expects to file a final report in this asset case.

Date: September 19, 2007

ENTERED:

John D. Schwartz
United States Bankruptcy Judge